LAWRENCE G. BROWN
Acting United States Attorney

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

BENJAMIN D. FIELD, CAROLYN PEREZ,

          Defendants.

Civil No. 2:09-CV-00620-GEB-DAD

**FINAL JUDGMENT**

    The parties, Counterclaim Plaintiff United States of America and Counterclaim Defendants Benjamin Field and Carolyn Perez, having filed their written consent and stipulation to judgment as set forth below, and good cause appearing; now, therefore,

It is hereby ORDERED as follows:

    1. Judgment shall be entered in favor of the United States and against Benjamin Field and Carolyn Perez in the amount of $17,716.34, together with interest as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621 on that amount from the date hereof until paid.

    2. Each party is to bear its own costs and attorney's fees.

Dated: June 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge